IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIANA MELISSA RAMIREZ-CHACON,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-00625-AT-CMS |

**STIPULATION TO DISMISS AS TO EQUIFAX ONLY**

Plaintiff Diana Melissa Ramirez-Chacon and Defendant Equifax Information Services, LLC, by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: June 19, 2024

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No: 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, Georgia 30030
Telephone: (770) 775-0938
joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

*/s/ N. Charles Campbell*
N. Charles Campbell
Ga. Bar No. 210929
charles.campbell@equifax.com
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
Ph. 404-885-8066

ATTORNEY FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC

*/s/ Paul W. Sheldon*
Paul W. Sheldon
Georgia Bar No. 947098
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
psheldon@qslwm.com

ATTORNEY FOR DEFENDANT
TRANS UNION, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2024, I filed a true and correct copy of the foregoing Stipulation to Dismiss with the Electronic Case Filing system of the Court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland